NOTE CHANGES MADE BY THE COURT

SHAHROKH SHEIK, BAR ID #250650
shahrokh@weinberg-gonser.com
CHARANJIT SINGH, BAR ID #311609
charanjit@weinberg-gonser.com
WEINBERG GONSER LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060

JS-6

Attorneys for Plaintiff and Counter-Defendant,
MAURO PET CARE, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO PET CARE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL DOG ACQUISITION, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:20-cv-03698-RGK-KS<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| NATURAL DOG ACQUISITION, LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>MAURO PET CARE, LLC, a California limited liability company,<br><br>Counter-Defendant. | |

Before the Court is the Stipulation and Order for Dismissal Without Prejudice submitted jointly by Plaintiff/Counter-Defendant Mauro Pet Care, LLC and Defendant/Counterclaimant Natural Dog Acquisition, LLC (collectively, the "Parties"). Based on the stipulation of the Parties, and for good cause appearing, the Court ORDERS as follows:

1

**[PROPOSED] ORDER**

The Stipulation is GRANTED.

The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed without prejudice.

**SO ORDERED.**

DATED: June 4, 2021

~~KAREN L. STEVENSON~~
~~UNITED STATES MAGISTRATE JUDGE~~
R. GARY KLAUSER
UNITED STATES
DISTRICT JUDGE